Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702)384-9900
(702)384-5900 (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
**LAUREL VANDERSKE-CARPINELLI**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **LAUREL VANDERSKI**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA**, a Pennsylvania corporation,<br><br>Defendant. | Case No.:   **2:11-cv-995-GMN-(LRL)**<br><br>PLAINTIFF'S COUNSEL'S *EX PARTE* REQUEST FOR AN ORDER THAT THE COURT'S RECORDS BE CORRECTED TO REFLECT THE CORRECT SPELLING OF PLAINTIFF'S NAME AS "VANDERSKE-CARPINELLI" |

Plaintiff, **LAUREL VANDERSKE-CARPINELLI**, ("Ms. Vanderske-Carpinelli" or "Plaintiff") by her attorney, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, hereby requests the Court issue an Order directing the Clerk of the Court to correct the presently incorrect spelling of Plaintiff's last name as it appears in the Caption and other papers on file.

The correct spelling of Plaintiff's last name is "**VANDERSKE-CARPINELLI**."

Plaintiff's counsel admits with regret that he inadvertently misspelled Plaintiff's last name on various of the papers filed with the Clerk of the Court in the originating court, the Eighth Judicial District Court, Clark County, Nevada.  Documents that included misspellings included the caption of the Complaint, Summons and Civil Cover Sheet.  Before the matter was removed to this Court by Defendant, this same request had been submitted to the assigned judge of the originating court, although it apparently had not been considered or an Order signed by the Court before the matter was removed to this Court.

1  **WHEREFORE**, Plaintiff, by her counsel, *ex parte*, respectfully asks the Court to issue an
2  Order directing the Clerk of the Court to correct the records of the Court and change the
3  spelling of Plaintiff's last name from the present version – incorrectly shown as "VANDERSKI"
4  – to the correct spelling of "**VANDERSKE-CARPINELLI**" and, that all of the records of the Court
5  be changed to reflect the correct spelling.

6  Dated: Thursday, June 30, 2011.

7  LAW OFFICES OF STEVEN J. PARSONS

8  /s/ Steven J. Parsons
   STEVEN J. PARSONS
9  Nevada Bar No. 363

10  Attorney for Plaintiff
    **LAUREL VANDERSKE-CARPINELLI**

11

12  <u>**CERTIFICATE OF SERVICE BY E-FILING**</u>

13  I hereby certify that service of the foregoing Plaintiff's Counsel's *ex Parte* Request for
14  an Order That the Court's Records Be Corrected to Reflect the Correct Spelling of Plaintiff's
15  Name as "Vanderske-Carpinelli" was made upon Aryn M. Fitzwater and Kym S. Cushing of
16  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP by e-filing with the Court's CM/ECF system,
17  duly noting that on a prior e-filings by Defendant, they have been noted as receiving copies
18  from the court by e-filing and that they have consented to be served in that manner.

19  Dated: Thursday, June 30, 2011.

20  /s/ Cheryl A. Reed
    An Employee of LAW OFFICES OF STEVEN J. PARSONS

21
22
23  IT IS SO ORDERED.
24  [signature]
25  UNITED STATES MAGISTRATE JUDGE
26  DATED: 7-5-11
27