Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702)384-9900
(702)384-5900 (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
**LAUREL VANDERSKE-CARPINELLI**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **LAUREL VANDERSKE-CARPINELLI**, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA**, a Pennsylvania corporation,<br><br>    Defendant.<br>_____/ | Case No. **2:11-cv-995-GMN-(CWH)**<br><br>**STIPULATION and** ORDER **TO DISMISS THE COMPLAINT,** <u>**WITH PREJUDICE**</u> |

The Parties, by their counsel, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, for Plaintiff **LAUREL VANDERSKE-CARPINELLI**, and Aryn M. Fitzwater of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, for Defendant **LIFE INSURANCE COMPANY OF NORTH AMERICA**, hereby stipulate and to jointly request the Court to enter an order dismissing the Complaint, with prejudice, with each party to bear hers and its own fees and costs of suit.

Dated: Friday, March 23, 2012.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER |
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Aryn M. Fitzwater<br>ARYN M. FITZWATER<br>Nevada Bar No. 8802 |
| Attorney for Plaintiff<br>**LAUREL VANDERSKE-CARPINELLI** | Attorneys for Defendant<br>**LIFE INSURANCE COMPANY OF NORTH AMERICA** |

…

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Steve@SJPlawyer.com

Page 1 of  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

**IT IS SO ORDERED** this 26th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge